**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01855-RPM-KMT

JASON VAN NESS,

    Plaintiff,

v.

ASSET MANAGEMENT OUTSOURCING RECOVERIES, INC., a Georgia corporation,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge

October 21st, 2008
DATE